**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KING ISAAC UMOREN,

Petitioner,

v.

BIRKHOLZ,

Respondent.

Case No. 2:25-cv-12067-MEMF-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: September 30, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
United States D str ct Ju ge